Form 132 – 13sum

## UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

        Case No.:  19−17176−JKS
        Chapter:  13
        Judge:  John K. Sherwood

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Juan Carlos Jimenez
   53 Cottage Street
   Jersey City, NJ 07306

Social Security No.:
   xxx−xx−4532

Employer's Tax I.D. No.:

## NOTICE OF HEARING ON CONFIRMATION OF PLAN

Date:          6/13/19
Time:         08:30 AM
Location:      Courtroom 3D, Martin Luther King, Jr. Federal Building, 50 Walnut Street, Courtroom 3D, Newark, NJ 07102

     An objection to confirmation of the plan, including any motions referenced therein to avoid judicial liens under 11 USC section 522(f) and/or to avoid liens and reclassify claims in whole or in part, shall be filed and served seven days before confirmation. Filing a motion for relief from the automatic stay will not be considered an objection to the confirmation.

     **If, at the confirmation hearing, it is determined that the debtor's plan is not confirmable, the case may be dismissed or converted.**

A copy of the Plan will follow this notice.

Dated: April 29, 2019
JAN: rh

                      Jeanne Naughton
                      Clerk, U. S. Bankruptcy Court

United States Bankruptcy Court
District of New Jersey

In re:  
Juan Carlos Jimenez  
    Debtor

Case No. 19-17176-JKS  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0312-2      User: admin      Page 1 of 1      Date Rcvd: Apr 29, 2019  
                        Form ID: 132      Total Noticed: 16

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 01, 2019.
```
db             +Juan Carlos Jimenez,    53 Cottage Street,    Jersey City, NJ 07306-2801
cr             +BANK OF AMERICA, N.A.,    Phelan Hallinan & Schmieg, PC,    1617 JFK Boulevard,    Suite 1400,
                 Philadelphia, PA 19103-1814
518171710      +Bank of America,    4909 Savarese circle,    FL-1-908-01-47,    Tampa, FL 33634-2413
518171711      +Chase,   PO Box 15153,    willmington, OE 19886-5153
518171713      +First Premire,    PO Box 5147,    sioux Falls, SD 57117-5147
518171714      +Foster & Garbus,    60 Motor Parkway,    commack, NY 11725-5710
518197729      +MIDLAND CREDIT MANAGEMENT, INC. as agent for,    Asset Acceptance, LLC,    Po Box 2036,
                 Warren MI 48090-2036
518171716      +Midland Credit/ Home Depot,    PO BOX 9001010,    Louisville, KY 40290-1010
518171717      +Mr cooper,    PO BOX 650783,    Dallas, TX 75265-0783
518171718      +Rubin & Rothman,    1787 Veterans Highway,    Islandia, NY 11749-1500
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg             E-mail/Text: usanj.njbankr@usdoj.gov Apr 30 2019 00:27:40      U.S. Attorney,    970 Broad St.,
                 Room 502,    Rodino Federal Bldg.,    Newark, NJ  07102-2534
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Apr 30 2019 00:27:38      United States Trustee,
                 Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,    Suite 2100,
                 Newark, NJ 07102-5235
518171709      +E-mail/Text: EBNProcessing@afni.com Apr 30 2019 00:27:48      Afini,    PO BOX 3517,
                 Bloomington, IL 61702-3517
518171715      +E-mail/PDF: gecsedi@recoverycorp.com Apr 30 2019 00:40:28      Lowes,    PO BOX 530914,
                 Atlanta, GA 30353-0914
518171719       E-mail/Text: bankruptcy@td.com Apr 30 2019 00:27:43      TD Bank,    PO Box 9547,
                 Portland, ME 04112
518171712      +E-mail/PDF: creditonebknotifications@resurgent.com Apr 30 2019 00:40:38      credit one,
                 PO BOX 98872,    Las Vegas, NV 89193-8872
                                                                                               TOTAL: 6
```

        ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                           TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 01, 2019                                  Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 29, 2019 at the address(es) listed below:
```
              Kevin Gordon McDonald    on behalf of Creditor    Nationstar Mortgage LLC d/b/a Mr. Cooper
               kmcdonald@kmllawgroup.com, bkgroup@kmllawgroup.com
              Maria Cozzini    on behalf of Creditor    Nationstar Mortgage LLC d/b/a Mr. Cooper
               mcozzini@sternlav.com
              Marie-Ann Greenberg    magecf@magtrustee.com
              Nicholas V. Rogers    on behalf of Creditor    BANK OF AMERICA, N.A. nj.bkecf@fedphe.com
              U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                               TOTAL: 5
```