Form 148 – ntcdsmcs

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

                Case No.: 19−17176−JKS
                Chapter: 13
                Judge: John K. Sherwood

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
    Juan Carlos Jimenez
    53 Cottage Street
    Jersey City, NJ 07306

Social Security No.:
    xxx−xx−4532

Employer's Tax I.D. No.:

## NOTICE OF ORDER DISMISSING CASE

    NOTICE IS HEREBY GIVEN that an Order Dismissing the above captioned Case was entered on 8/23/19.

    Any discharge which was granted in this case is vacated. All outstanding fees to the Court incurred by the dismissed debtor(s) are due and owing and must be paid within five (7) days from the date of this Order.

    This dismissal may mean that the debtor is ineligible to file another bankruptcy petition for 180 days under 11 U.S.C. § 109(g).

Dated: August 23, 2019
JAN: zlh

                                                          Jeanne Naughton
                                                          Clerk

United States Bankruptcy Court
District of New Jersey

In re:
Juan Carlos Jimenez
    Debtor

Case No. 19-17176-JKS
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0312-2          User: admin                Page 1 of 1          Date Rcvd: Aug 23, 2019
                              Form ID: 148               Total Noticed: 21

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Aug 25, 2019.
db             +Juan Carlos Jimenez,    53 Cottage Street,    Jersey City, NJ 07306-2801
518171710      +Bank of America,    4909 Savarese circle,    FL-1-908-01-47,    Tampa, FL 33634-2413
518308271       Department Stores National Bank,    c/o Quantum3 Group LLC,    PO Box 657,
                 Kirkland, WA  98083-0657
518171714      +Foster & Garbus,    60 Motor Parkway,    commack, NY 11725-5710
518197729      +MIDLAND CREDIT MANAGEMENT, INC. as agent for,    Asset Acceptance, LLC,    Po Box 2036,
                 Warren MI 48090-2036
518171716      +Midland Credit/ Home Depot,    PO BOX 9001010,    Louisville, KY 40290-1010
518171717      +Mr cooper,    PO BOX 650783,    Dallas, TX 75265-0783
518301686      +Nationstar Mortgage LLC. d/b/a Mr. Cooper,    P.O. Box 619096,    Dallas, TX 75261-9096
518171718      +Rubin & Rothman,    1787 Veterans Highway,    Islandia, NY 11749-1500

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg             E-mail/Text: usanj.njbankr@usdoj.gov Aug 24 2019 00:25:34      U.S. Attorney,    970 Broad St.,
                 Room 502,    Rodino Federal Bldg.,    Newark, NJ  07102-2534
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Aug 24 2019 00:25:29      United States Trustee,
                 Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,   Suite 2100,
                 Newark, NJ 07102-5235
cr             +EDI: BANKAMER2.COM Aug 24 2019 03:53:00      BANK OF AMERICA, N.A.,
                 Phelan Hallinan & Schmieg, PC,    1617 JFK Boulevard,    Suite 1400,
                 Philadelphia, PA 19103-1814
518171709      +EDI: AFNIRECOVERY.COM Aug 24 2019 03:53:00      Afini,    PO BOX 3517,
                 Bloomington, IL 61702-3517
518300876       EDI: BANKAMER.COM Aug 24 2019 03:53:00      BANK OF AMERICA, N.A.,    Bank of America,
                 PO BOX 31785,    Tampa FL 33631-3785
518171711      +EDI: CHASE.COM Aug 24 2019 03:53:00      Chase,    PO Box 15153,    willmington, OE 19886-5153
518171713      +EDI: AMINFOFP.COM Aug 24 2019 03:53:00      First Premire,    PO Box 5147,
                 sioux Falls, SD 57117-5147
518297876       EDI: RESURGENT.COM Aug 24 2019 03:53:00      LVNV Funding, LLC,    Resurgent Capital Services,
                 PO Box 10587,    Greenville, SC 29603-0587
518171715      +EDI: RMSC.COM Aug 24 2019 03:53:00      Lowes,    PO BOX 530914,    Atlanta, GA 30353-0914
518296563      +EDI: RMSC.COM Aug 24 2019 03:53:00      Synchrony Bank,    c/o PRA Receivables Management, LLC,
                 PO Box 41021,    Norfolk VA 23541-1021
518171719       EDI: TDBANKNORTH.COM Aug 24 2019 03:53:00      TD Bank,    PO Box 9547,    Portland, ME 04112
518171712      +EDI: RCSFNBMARIN.COM Aug 24 2019 03:53:00      credit one,    PO BOX 98872,
                 Las Vegas, NV 89193-8872
                                                                                               TOTAL: 12

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                          TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 25, 2019                              Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on August 23, 2019 at the address(es) listed below:
              Kevin Gordon McDonald    on behalf of Creditor    Nationstar Mortgage LLC d/b/a Mr. Cooper
               kmcdonald@kmllawgroup.com, bkgroup@kmllawgroup.com
              Maria Cozzini    on behalf of Creditor    Nationstar Mortgage LLC d/b/a Mr. Cooper
               mcozzini@sternlav.com
              Marie-Ann Greenberg    magecf@magtrustee.com
              Nicholas V. Rogers    on behalf of Creditor    BANK OF AMERICA, N.A. nj.bkecf@fedphe.com
              Robert Davidow    on behalf of Creditor    BANK OF AMERICA, N.A. nj.bkecf@fedphe.com
              U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                               TOTAL: 6